

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00558-CR

Rosalinda Huereca **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 455468
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's brief was originally due October 15, 2018; however, the court extended the deadline to November 14, 2018. The brief has not been filed.

We therefore **order** appellant's appointed appellate counsel, Suzanne M. Kramer, to file appellant's brief by **November 30, 2018**. If the brief is not filed as ordered, this appeal may be abated for an abandonment hearing and counsel may be ordered to show cause why she should not be held in civil or criminal contempt of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court